UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-1950-JAR |
| ) | |
| EDCON ENTERPRISES, LLC, d/b/a ) | |
| GRAND SLAM BAR AND GRILL, and ) | |
| EDWARD A. PUPILLO, individually, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| COMPLETE MUSIC INC., and ) | |
| DANIEL T. SIMS, individually, ) | |
| ) | |
| Third-Party Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion to Continue the September 7, 2012 Hearing [ECF No. 74]. Upon consideration, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Continue the September 7, 2012 Hearing [74] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall submit a new date for a hearing on damages within seven (7) days of the date of this order.

Dated this 5th day of September, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE